445

April 16, 1940

**No. 43505.—** ▮▮▮▮▮▮▮ —Protest 953820–G (A) of Nichols Copper Co. C. D. 282. Application by plaintiff for rehearing granted.

**No. 43506.—** ▮▮▮▮▮▮▮▮▮▮▮▮▮ —Protest 706215–G of W. Y. Moberly. C. D. 294. Application by plaintiff for rehearing denied.

April 11, 1940

**No. 43507.—**SUIT 4270. ▮▮▮▮▮▮ —*United States* v. *L. Oppleman, Inc.* Abstract 41679 reversed. C. A. D. 97.

**No. 43508.—**SUIT 4289.— ▮▮▮▮▮▮▮▮▮▮▮ —*Dulien Steel Products, Inc., et al. (Geo. S. Bush Co.)* v. *United States.* C. D. 195 affirmed. C. A. D. 102.

April 15, 1940

**No. 43509.—**SUIT 4262.— ▮▮▮▮▮▮▮▮ —*P. Silverman & Son* v. *United States.* Abstract 41031 reversed. C. A. D. 107.

BEFORE THE FIRST DIVISION, APRIL 17, 1940

**No. 43510.—**Protest 557085–G of B. H. Dyas Corp. (Los Angeles).

Opinion by TILSON, J. No evidence was introduced in this case subsequent to the filing of the protest and the papers were not found to justify disturbing the action of the collector. Following the authorities cited in Abstract 15400 the protest was dismissed.

BEFORE THE SECOND DIVISION, APRIL 17, 1940

**No. 43511.—**Protests 964861–G, etc., of Abe Del Monte & Co., Inc., et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, APRIL 18, 1940

**No. 43512.—**Protest 905286–G of Swift & Co. (New York).

Opinion by BROWN, J. It was established that the palm-kernel oil in question was denatured under customs supervision rendering it unfit for food. The claim for free entry under paragraph 1732 was therefore sustained.